## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **RUSSELL LAMAR RAINWATERS,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 12-0520-CG-N** |
| | ) | |
| **KELLOGG BROWN & ROOT** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

The parties having filed a Joint Stipulation of Dismissal (Doc. 22), it is

**ORDERED, ADJUDGED and DECREED** that all claims in this matter are

hereby **DISMISSED WITH PREJUDICE.**  Each party shall bear his or its own

costs.

**DONE and ORDERED** this 4th day of December, 2012.


/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE